FILED

JUN 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7065
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        EUREKA DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR-1-05-007-NJV
                                     )
15       Plaintiff,                  )   NOTICE OF DISMISSAL OF
                                     )   COMPLAINT; AND [~~PROPOSED~~]
16       v.                          )   ORDER
                                     )
17  ROY DEAN MACKADAMS,              )
                                     )
18       Defendant.                  )
                                     )
19  _____  )

20       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21  United States Attorney for the Northern District of California dismisses the above complaint.

22

23  DATED: June 16, 2005              Respectfully submitted,

24                                    KEVIN V. RYAN
                                      United States Attorney
25
26                                    _____
                                      MONICA FERNANDEZ
27                                    Assistant United States Attorney

28

NOTICE OF DISMISSAL
No. CR-1-05-007-NJV

1 | Leave of Court is granted to the government to dismiss the complaint.
2 | IT IS SO ORDERED.
3 |
4 | Date: June 20, 2005
  |                                              _____
  |                                              HONORABLE NANDOR J. VADAS
5 |                                              United States Magistrate Judge